NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOHNATHAN DANZEY,           )
                            )
          Appellant,        )
                            )
v.                          )          Case No. 2D17-3116
                            )
STATE OF FLORIDA,           )
                            )
          Appellee.         )
_____ )

Opinion filed September 21, 2018.

Appeal from the Circuit Court for Pinellas
County; Philip J. Federico, Judge.

Robert Louis Hughes, Robert Stanley
Byther, and Patrick Michael Megaro of
Halscott Megaro, P.A., Orlando, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Brandon R. Christian,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.